UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 12559
    ROBERT A JOHNSON
    YVONNE A JOHNSON                      CHAPTER 13

                                         JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-3857    SSN XXX-XX-0677
```

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/03/06 and confirmed on 12/20/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21750.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | 1545.88 | 93.70 | 1545.88 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MAGE & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 10651.20 | 289.57 | 10651.20 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 688.19 | 42.14 | 688.19 |

```
B LINE LLC                    UNSECURED        501.57         29.25         501.57
INTERNAL REVENUE SERVICE UNSECURED            3719.30        192.28        3719.30
          Summary of disbursements:
          ----------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
          ----------------------------------------------------------------
TOTAL CLMS ALLOWED        .00      10651.20      6454.94         .00     17106.14
PRINCIPAL PAID            .00      10651.20      6454.94         .00     17106.14
INTEREST PAID             .00        289.57       357.37         .00       646.94
TOTAL PAID                .00      10940.77      6812.31         .00     17753.08
```

The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $    2500.00
and was paid $     806.50  direct and $    1693.50   through the plan.

The Trustee received $     820.64 .

Refunds to the Debtor totaled $    1482.78 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 12559 ROBERT A JOHNSON & YVONNE A JOHNSON